CHARLOTTE E. BROWN, APPELLANT, *v.* HENRY BROWN, RESPONDENT.

APPEAL from an order of the Special Term, vacating a judgment of divorce and allowing the defendant to come in and answer.

The summons in the action was served by publication. The General Term held that it appeared from the papers on which the motion was made, that the defendant knew of the action and designedly omitted to answer, and that this application should therefore have been denied.

*Charles W. Dayton*, for the appellant.

*H. F. Anderson*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Order reversed, without costs.